UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81030-WPD

ALEXANDER SCHAUT, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

ADVANTAGE SALES & MARKETING LLC,
and PETRUSS MEDIA GROUP, LLC,

    Defendants.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Alexander Schaut and Advantage Sales & Marketing LLC announce settlement and stipulate as provided in Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of all claims with prejudice with each party to bear their own attorneys' fees and costs.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated this 16th day of September, 2019.                    Respectfully submitted,

*/s/ Brandon J. Hill, Esq.*
Brandon J. Hill, Esq.
Florida Bar No. 37061
E-Mail: bhill@wfclaw.com
E-Mail: jcornell@wfclaw.com
E-Mail: jnichols@wfclaw.com
Luis A. Cabassa, Esq.
Florida Bar No. 053643
E-Mail: lcabassa@wfclaw.com
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Direct No. Hill: (813) 337-7992
Direct No. Cabassa: (813) 379-2565
Facsimile: (813) 229-8712

*/s/ Chad A. Justice, Esq.*
Chad A. Justice, Esq.
Florida Bar Number 121559
E-Mail: chad@getjusticeforjustice.com
JUSTICE FOR JUSTICE, LLC
1205 N. Franklin Street, Suite 326
Tampa, Florida 33602
Direct Telephone No. (813) 566-0550
Facsimile: (813) 566-0770

*ATTORNEYS FOR ALEXANDER SCHAUT*

*/s/ Laurie M. Weinstein*
Laurie M. Weinstein, Esq.
Florida Bar No. 86272
E-Mail: lweinstein@littler.com
Secondary: ccano@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*ATTORNEYS FOR ADVANTAGE SALES & MARKETING LLC*

4810-8850-5508.1 101397.1002