UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81030-CIV-DIMITROULEAS

ALEXANDER SCHAUT, on behalf
of himself and
all others similarly situated,

       Plaintiffs,

vs.

ADVANTAGE SALES
& MARKETING LLC, and
PETRUSS MEDIA GROUP, LLC,

       Defendants.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Dismissal With Prejudice

("Stipulation") [DE 12], filed herein on September 16, 2019. The Court has carefully considered

the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 12] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

16th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record